CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:     (408) 283-7010

ANNETTE M. McGARRY (6205751)
MARIANNE C. HOLZHALL (6204057)
McGARRY & McGARRY, LLC
120 North LaSalle Street, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 345-4600

Attorneys for Petitioner
INTEGRATED GENOMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTEGRATED GENOMICS, INC., a Delaware Corporation,<br><br>Petitioner, | CASE NO.  CV 08 80177 MISC WHA<br><br>(Pending Related Case: **Integrated Genomics, Inc., a Delaware Corporation v. Nikos Kyrpides**, No. 06-C-6706, Northern District of Illinois)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON INTEGRATED GENOMICS, INC.'S PETITION TO ENFORCE SUBPOENA<br><br>Hearing Date: September 29, 2008<br>Hearing Time: 3:00 p.m.<br>Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

      Counsel for Plaintiff INTEGRATED GENOMICS, INC. ("IG") and third party, the Regents of the University of California, operators of the JOINT GENOME INSTITUTE (the "JGI"), hereby STIPULATE as follows:

      1.    At the September 19, 2008 hearing on IG's petition to enforce its subpoena to the

1. JGI, the Court ordered that the parties would attempt to resolve the issue without an order from the Court;

2. The Court also set a further hearing on the matter for 3:00 p.m. on September 29, 2008, with instructions that the September 29, 2008 hearing would be vacated, upon the parties' request, if all issues had been resolved;

3. The parties have been working on resolving the issue and the JGI is continuing to produce documents responsive to IG's subpoena;

4. A conference call between the parties was held today to discuss the status of the JGI's document production;

5. The parties agree that the hearing currently set for September 29, 2008, should be postponed for approximately two (2) weeks so that the JGI can complete its document production;

6. The parties, therefore, respectfully ask the Court to vacate the hearing set for September 29, 2008, and set a new hearing approximately two (2) weeks thereafter;

7. If the JGI completes its document production and all issues have been resolved before the date of the new hearing, the parties will notify the Court and have the continued hearing vacated.

IT IS SO STIPULATED.

Dated: September 26, 2008

SCHIFF HARDIN LLP


By: /s/ P. Mark Mahoney
ROCKY UNRUH
P. MARK MAHONEY
Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: September 26, 2008                    TINGLEY PIONTKOWSKI LLP


By: /s/ Jonathan A. McMahon
      JONATHAN A. MCMAHON
      Attorneys for Petitioner
      INTEGRATED GENOMICS, INC.


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 26, 2008                    TINGLEY PIONTKOWSKI LLP


By: /s/ Jonathan A. McMahon
      JONATHAN A. MCMAHON
      Attorneys for Petitioner
      INTEGRATED GENOMICS, INC.

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the hearing on Petitioner Integrated Genomics, Inc.'s Petition to Enforce Subpoena currently set for September 29, 2008, is vacated and a new hearing is hereby set for October 14, 2008, at 9 : 00 a .m.

IT IS SO ORDERED.

Dated: September 29, 2008

Honorable William Alsup
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge William Alsup*