**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE INTEGRATED GENOMICS, INC., a Delaware corporation,

    Petitioner.

No. C 08-80177 WHA

**ORDER SETTING HEARING**

The Court hereby **SETS** a hearing on petitioner's petition to enforce subpoena for **SEPTEMBER 19, 2008, AT 2:30 P.M. PLEASE IMMEDIATELY SERVE THIS ORDER ON THE JOINT GENOME INSTITUTE.**

**IT IS SO ORDERED.**

Dated: September 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE