IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTEGRATED GENOMICS, INC., a Delaware corporation,<br><br>Petitioner.<br>_____ / | No. C 08-80177 WHA<br><br>**ORDER GRANTING STIPULATION TO EXTEND HEARING** |

The parties' stipulation to continue the hearing on the petition to enforce the subpoena is **GRANTED**. The hearing is hereby rescheduled to **OCTOBER 29, 2008, AT 2PM**. This is the last continuance that will be granted.

**IT IS SO ORDERED.**

Dated: October 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE