CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

ANNETTE M. McGARRY (6205751)
MARIANNE C. HOLZHALL (6204057)
McGARRY & McGARRY, LLC
120 North LaSalle Street, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 345-4600

Attorneys for Petitioner
INTEGRATED GENOMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTEGRATED GENOMICS, INC., a Delaware Corporation,<br><br>Petitioner, | CASE NO. CV 08 80177 MISC WHA<br><br>(Pending Related Case: <u>Integrated Genomics, Inc., a Delaware Corporation v. Nikos Kyrpides</u>, No. 06-C-6706, Northern District of Illinois)<br><br>NOTICE OF WITHDRAWAL OF INTEGRATED GENOMICS, INC.'S PETITION TO ENFORCE SUBPOENA AND [~~PROPOSED~~] ORDER<br><br>Hearing Date: November 26, 2008<br>Hearing Time: 3:00 p.m.<br>Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

Petitioner INTEGRATED GENOMICS, INC. ("IG") hereby withdraws its Petition to Enforce Subpoena against the Regents of the University of California, operators of the JOINT GENOME INSTITUTE (the "JGI"), currently set for hearing on November 26, 2008 at 3:00 p.m.

NOTICE OF WITHDRAWAL OF MOTION
AND [~~PROPOSED~~] ORDER
CASE NO. CV 08 80177 MISC WHA

In the parties' November 7, 2008 Joint Status Report and at the hearing in this matter held on October 29, 2008, the parties represented to the Court that the hearing would be taken off of the Court's calendar if they were able to resolve the outstanding issues with the subpoena and the related production of documents.

We believe that the parties have reached an agreement to accomplish the production of documents responsive to the subpoena. Accordingly, IG no longer needs the Court's intervention to enforce its subpoena.

IG, therefore, hereby withdraws its Petition to Enforce Subpoena and respectfully asks the Court to take the November 26, 2008 hearing in this matter off of the Court's calendar.

Dated: November 25, 2008     TINGLEY PIONTKOWSKI LLP

By: /s/ Jonathan A. McMahon
JONATHAN A. MCMAHON
BRUCE C. PIONTKOWSKI
Attorneys for Petitioner
INTEGRATED GENOMICS, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: November 25, 2008     TINGLEY PIONTKOWSKI LLP

By: /s/Jonathan A. McMahon
JONATHAN A. MCMAHON
BRUCE C. PIONTKOWSKI
Attorneys for Petitioner
INTEGRATED GENOMICS, INC.

///
///
///
///

- 2 -     NOTICE OF WITHDRAWAL OF MOTION
AND [~~PROPOSED~~] ORDER
CASE NO. CV 08 80177 MISC WHA

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the November 26, 2008 hearing on Petitioner Integrated Genomics, Inc.'s Petition to Enforce Subpoena is vacated and Petitioner's Petition to Enforce Subpoena is withdrawn.

IT IS SO ORDERED.

Dated: November 25, 2008

IT IS SO ORDERED.
Judge William Alsup

_____
Honorable William A. Alsup
JUDGE OF THE U.S. DISTRICT COURT

- 3 -

NOTICE OF WITHDRAWAL OF MOTION
AND [PROPOSED] ORDER
CASE NO. CV 08 80177 MISC WHA

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW